# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Pablo A Castellanos ; Judith T Castellanos | **Defendant(s):** U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 ; Encore Credit Corporation |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Clint S Dunaway** (Pablo A Castellanos ; Judith T Castellanos )
**Davis Miles McGuire Gardner, PLLC**
**40 E. Rio Salado Parkway, Suite 425**
**Tempe, Arizona  85281**
**4803444035**

Defendant's Atty(s):

**Kim Lepore** ( U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 )
**Wright, Finlay & Zak, LLP**
**16427 N Scottsdale Rd, Suite 300**
**Scottsdale, Arizona  85254**
**602-845-8898**

**Jamin Neil** ( U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 )
**Wright, Finlay & Zak, LLP**
**16427 N Scottsdale Rd, Suite 300**
**Scottsdale, Arizona  85254**
**602-842-3368**

## REMOVAL FROM MARICOPA COUNTY, CASE #CV2016-011835

| | |
|---|---|
| II. Basis of Jurisdiction: | **4. Diversity (complete item III)** |

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

| | |
|---|---|
| IV. Origin : | **2. Removed From State Court** |
| V. Nature of Suit: | **290 Other Real Property** |
| VI. Cause of Action: | **28 U.S.C. § 1332 and 28 U.S.C. § 1446(a)** |

VII. Requested in Complaint

Class Action: **No**
Dollar Demand: **245,000**
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** **Kim Lepore**

**Date:** **2/10/17**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**