**Davis Miles McGuire Gardner**

40 E. Rio Salado Parkway, Suite 425
Tempe, AZ  85281
Telephone:  (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
Clint S. Dunaway, State Bar No. 028027
Email: cdunaway@davismiles.com
*Attorney for Plaintiffs Pablo & Judith Castellanos*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS, husband and wife,<br><br>                                  Plaintiffs,<br><br>         v.<br><br>US BANK, NA Successor Trustee to LaSalle bank National Association, on behalf of the Holders of the Bear Stearns Asset Backed Securities I Trust 2007-E3, Asset-Backed Certificates Series 2007-HE, et al.,<br><br>                                  Defendants. | Case No.: 2:17-cv-00437<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT CONSENT**<br><br>(Assigned to the Hon. Humetewa ) |

Counsel, Clint S. Dunaway of the law firm of Davis Miles McGuire Gardner, PLLC ("Davis|Miles"), hereby moves this Court for an Order allowing Davis|Miles and Clint S. Dunaway to withdraw as counsel of record for PABLO A. CASTELLANO AND JUDITH T. CASTELLANO.

PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS have indicated they can no longer adhere to their contract obligations. Counsel undersigned has informed PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS in detail the status of the matter, the forthcoming deadlines in the case, and  Pablo and Judith's duties and obligations to the Court and to their counsel, and otherwise complied with the

requirements of LRCiv 83.3(b)(2), which requires that "*the client [be] notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders, and the possibility of sanctions.*"

PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS last known address and phone are as follows:

>Pablo and Judith Castellanos
>16405 S. 43rd Place
>Phoenix, AZ 85048
>Ph: (480)205-4035
>Email: Judy.Castellanos@hotmail.com

A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 7th day of March 2017.

>**DAVIS MILES MCGUIRE GARDNER, PLLC**
>
>By: */s/ Clint Dunaway*
>Clint S. Dunaway
>40 E. Rio Salado Pkwy., Ste. 425
>Tempe, AZ  85281
>*Attorney for Plaintiffs*

## **CERTIFICATE OF COUNSEL**

Pursuant to LRCiv 83.3(b)(2), I avow to the Court that PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS have been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders, and the possibility of sanctions.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2017.

                                             */s/ Clint S. Dunaway*
                                             Clint S. Dunaway

ORIGINAL of the foregoing electronically filed
with the District Court of the State of Arizona
this 7th day of March 2017.

COPY of the foregoing electronically
delivered this 7th day of March 2017, to:

Hon. Diane J. Humetewa

COPY of the foregoing mailed/emailed this
7th day of March 2017, to:

Kim R. Lapore
WRIGHT, FINLAY & ZAK, LLP
16427 N. Scottsdale Rd., Suite 300
Scottsdale, AZ 85254
klepore@wrightlegal.net
*Attorney for Defendant*

Pablo and Judith Castellanos
16405 S. 43rd Place
Phoenix, AZ 85048
Judy.Castellanos@hotmail.com
*Plaintiffs*

*/s/Marisela G. Cuevas*