# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos, et al., | No. CV-17-00437-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| US Bank NA, et al., | |
| Defendants. | |

This matter is before the Court on the Motion to Withdraw as Counsel of Record Without Consent (Doc. 8) filed on March 7, 2017 by Clint S. Dunaway, counsel of record for Plaintiffs. In his motion, counsel certifies that (1) Plaintiffs have been notified in writing of the status of the case, including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders, and the possibility of sanctions and (2) counsel has electronically transmitted to Plaintiffs a copy of the motion to withdraw.

**THE COURT FINDS** that the motion sufficiently informs Plaintiffs of the status of the case. Moreover, because the case is still in an early stage, adequate time exists for new counsel to become familiar with the case before facing any significant deadlines. For these reasons, the motion to withdraw will be granted.

Accordingly, and pursuant to Rule 83.3(b) and Rule 83.3(b)(2) of the Local Rules of Civil Procedure,

**IT IS ORDERED** that the Motion to Withdraw (Doc. 8) is **GRANTED** and that attorney Clint S. Dunaway is relieved of any further representation of Plaintiffs in this case.  The Clerk of the Court is kindly directed to terminate Clint S. Dunaway as counsel of record and remove his name from the electronic certificate of mailing.

**IT IS FURTHER ORDERED that on or before April 14, 2017, Plaintiffs must either retain substitute counsel or file with the Court a notice that they are representing themselves.**  If Plaintiffs retain substitute counsel, a Notice of Appearance by counsel must be filed on or before April 14, 2017.

**Dated** this 9th day of March, 2017.

Honorable Diane J. Humetewa
United States District Judge