Kim R. Lepore (SBN 019130)
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: (602) 845-8898
Facsimile: (949) 608-9142

Attorneys for *Defendant*
U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos,<br><br>Plaintiffs,<br><br>vs.<br><br>US Bank, NA, Successor Trustee to LaSalle Bank National Association, on behalf of the Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3; and Encore Credit Corp.,<br><br>Defendants. | Case No. CV-17-437-PHX-DJH<br><br>**NOTICE OF NON-OPPOSITION TO U.S. BANK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

*Defendant* U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3, by and through counsel undersigned, hereby submits notice that Plaintiffs have failed to timely respond to U.S. Bank's Motion to Dismiss Plaintiff's Complaint [Doc. 10].

Pursuant to LRCiv 7.2(c), Plaintiffs were required to file and serve a responsive memorandum within fourteen (14) days after service of Defendant' Motion to Dismiss. Defendant filed and mailed its Motion to Dismiss on March 17, 2017. Therefore, Plaintiffs'

responsive memorandum was due by March 31, 2017. Allowing an additional three (3) days for mailing pursuant to F.R.CIV.P. 6(d), Plaintiffs' responsive memorandum was due on or before April 3, 2017. As of today's date, Defendant has not been served with a responsive memorandum and the court's docket does not show that a responsive memorandum has been filed with the court.

Pursuant to LRCiv 7.2(i), Plaintiffs' failure to serve and file an answering memorandum may be deemed as consent to the granting of the motion and the Court may dispose of the motion summarily.

WHEREFORE, Defendant respectfully request that this Court deem Plaintiffs' failure to file a responsive memorandum as consent to granting Defendant's motion and summarily grant its Motion to Dismiss Plaintiffs' Complaint with prejudice.

**RESPECTFULLY SUBMITTED** this 11th day of April, 2017.

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Kim R. Lepore*
KIM R. LEPORE
Attorneys for *Defendant* U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3

The foregoing was mailed this 11th day of April, 2017, to:

Pablo and Judith Castellanos
16405 S. 43rd Place
Phoenix, AZ 85048
Plaintiffs in *pro se*

/s/ *Gretchen Grant*
GRETCHEN GRANT