1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                              FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| 9   Pablo A. Castellanos, et al., | No. CV-17-00437-PHX-DJH |
| 10              Plaintiffs, | **ORDER** |
| 11   v. | |
| 12   US Bank, NA, et al., | |
| 13              Defendants. | |

14

15        This matter is before the Court on Defendant U.S. Bank's Motion to Dismiss

16   Plaintiff's Complaint (Doc. 5).  Defendant moves for dismissal pursuant to Rule 12(b)(6)

17   of the Federal Rules of Civil Procedure.  Plaintiffs have not filed a response and the time

18   to do so has expired.  *See* LRCiv 7.2(c) (providing that a response must be filed within

19   fourteen days after service of the motion).  The Court may construe Plaintiff's failure to

20   respond as consent to the granting of the motion.  *See* LRCiv 7.2(i) (failure to file a

21   response to a motion may be deemed a consent to the granting of the motion and the

22   Court may dispose of it summarily).

23        Moreover, it appears that Plaintiffs, who are appearing *pro se*, may have

24   abandoned the case.  On March 7, 2007, Plaintiffs' counsel, Clint S. Dunaway, filed a

25   Motion to Withdraw as Counsel of Record without Consent (Doc. 8).  The Court granted

26   the motion to withdraw and ordered that Plaintiffs, on or before April 14, 2017, either

27   retain substitute counsel or file a notice with the Court indicating they are representing

28   themselves.  (Doc. 9).  Plaintiffs failed to comply and have not communicated with the

1  Court since their attorney withdrew.

2      In addition, counsel for Defendant U.S. Bank explains in the motion to dismiss

3  that in response to her attempt to confer before filing the motion to dismiss, Plaintiffs'

4  counsel advised her that Plaintiffs agreed to voluntarily dismiss the lawsuit and that he

5  would draft a stipulation of dismissal.  (Doc. 10 at 2).  Instead of preparing a stipulation

6  of dismissal, Plaintiffs' counsel filed the motion to withdraw.  (*Id.*).  Defendant's counsel

7  then asked Plaintiffs' counsel for permission to contact Plaintiffs directly, which

8  Plaintiffs' counsel granted.  (*Id.*).  Defendant's counsel's attempts to contact Plaintiffs

9  directly have gone unanswered.  (*Id.*).

10     Accordingly,

11     **IT IS ORDERED** that Plaintiffs must show cause in writing on or before **Friday,**

12  **October 25, 2017** why this action should not be dismissed based on their failure to

13  comply with the Court's Order (Doc. 9) and their failure to respond to the motion to

14  dismiss.  If Plaintiffs fail to respond to this order by the deadline, the Clerk of Court is

15  directed, without further notice to Plaintiffs, to dismiss this action without prejudice for

16  lack of prosecution pursuant to Fed.R.Civ.P. 41(b).

17     **Dated** this 11th day of October, 2017.

Honorable Diane J. Humetewa
United States District Judge

- 2 -