Case: 2:17cv437

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ MV _____ DEPUTY

Judith T Castellanos

16405 S 43rd Place
Phoenix, AZ 85048

Doc. 12

RECEIVED
OCT 2 3 2017
CLERK OF THE COURT
UNITED STATES DISTRICT
FOR THE DISTRICT OF ARIZONA

850 DE 1    0010/21/17
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 85003211805    *1879-05453-21-25

NEOPOST
FIRST-CLASS MAIL
10/12/2017
US POSTAGE $000.67⁰
ZIP 85003
041M11277589

SENDER

OFFICIAL BUSINESS

UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118